UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA

                                                07 CR 601(SCR)

        Vs

                                                **ORDER**

**Richard Burton,**

------------------------------------------------------------

      It is hereby ordered that the letter dated July 23, 2007, from the Probation department in the above mentioned case be placed under seal.

                                   So Ordered: _Stephen C Robinson_    7/25/07
                                                U.S. District Judge          Date



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: